# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY MORENO, | CASE NO. 1:11-cv-00784-GBC |
| Plaintiff, | ORDER TO SHOW CAUSE RE PETITIONER'S FAILURE TO RESPOND TO THE COURT'S ORDER REGARDING PAYMENT OF FILING FEE OR PROCEEDING IN FORMA PAUPERIS |
| v. | |
| DAVID MEDINA, et al, | |
| Defendants. | (Doc. 5) |
| / | RESPONSE DUE IN 30 DAYS |

Plaintiff, proceeding pro se, filed this civil action on May 16, 2011. (Doc. 1). Plaintiff did not pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, and on May 23, 2011, the Court ordered Plaintiff to do so within forty-five days. (Doc. 5). More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that failure to obey the order would result in dismissal of the action.

Local Rule 110 provides that "failure of counsel or of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Such sanctions can include dismissal of this action. *See In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226-27 (9th Cir. 2006).

///

///

///

1

Based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, petitioner shall pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, a copy of which is attached hereto, or show cause, in writing, why sanctions should not be imposed for petitioner's failure to obey a court order.

IT IS SO ORDERED.

Dated:  August 1, 2011

UNITED STATES MAGISTRATE JUDGE