# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY MORENO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID MEDINA, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00784-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF ORIGINAL COMPLAINT, FILED MAY 16, 2011<br><br>(ECF No. 25) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2013, Plaintiff filed a motion to extend time to file an amended complaint and to receive a copy of his original complaint. (ECF No. 25.) Good cause having been presented to the Court and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint; and

2. The Clerk's office is directed to send Plaintiff a copy of his original complaint, filed on May 16, 2011.

IT IS SO ORDERED.

Dated: **July 24, 2013**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1